953 F.2d 687
 293 U.S.App.D.C. 291
 NOTICE: D.C. Circuit Local Rule 11(c) states that unpublished orders, judgments, and explanatory memoranda may not be cited as precedents, but counsel may refer to unpublished dispositions when the binding or preclusive effect of the disposition, rather than its quality as precedent, is relevant.
Paul FAZZINI, Appellant
v.
ADMINISTRATIVE OFFICE OF the UNITED STATES COURTS.
 No. 91-5029.
 United States Court of Appeals, District of Columbia Circuit.
 Jan. 17, 1992.
 
 Before MIKVA, Chief Judge, and KAREN LECRAFT HENDERSON and RANDOLPH, Circuit Judges.
 
 ORDER
 PER CURIAM
 
 1
 Upon consideration of the motion for summary reversal and the lack of response to the court's order to show cause filed May 13, 1991, it is
 
 
 2
 ORDERED that the order to show cause be discharged. It is
 
 
 3
 FURTHER ORDERED that the motion for summary reversal be denied and that the district court's order be summarily affirmed substantially for the reasons stated by the district court in its memorandum and order filed January 14, 1991. The merits of the appeal are so clear as to justify summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C.Cir.1987) (per curiam); Walker v. Washington, 627 F.2d 541, 545 (D.C.Cir.) (per curiam), cert. denied, 449 U.S. 994 (1980).
 
 
 4
 The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing. See D.C.Cir. Rule 15.